**Order entered January 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00891-CR
No. 05-18-00892-CR
No. 05-18-00893-CR

**FIDEL ANGEL NAVARRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-75719-U, F17-75720-U, & F17-75721-U**

## ORDER

Before the Court is court reporter Sasha Brooks's January 7, 2019 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record file by **January 28, 2019**. Further requests for extension are disfavored.

/s/    CORY L. CARLYLE
JUSTICE